UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Marks Esq.
**DORF NELSON & ZAUDERER LLP**
Attorneys for Defendant
555 Theodore Fremd Ave.
Rye, New York 10580
Telephone: (914) 381-7600
amarks@dorflaw.com

In Re:

RITE AID CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 23-18993 (MBK)

Thomas A. Pitta, as Trustee of the RAD
Sub-Trust A,

Plaintiff

v.

Mars, Incorporated dba M & M Mars,

Defendant.

Adv. No. 25-01974-MBK

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Mars, Incorporated dba M&M Mars. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Andrew P. Marks ,Esq.
Dorf Nelson & Zauderer LLP
555 Theodore Fremd Ave.
Rye, New York 10580

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/7/2025 _____

_____
Signature

*new.8/1/15*