**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[1] | Case No. 23-18993 (MBK) |
| Debtors. | (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, | |
| Plaintiff, | |
| v. | |
| Mars, Incorporated dba Kind Healthy Snacks, | Adv. No. 25-01973 |
| Defendant, | |
| Mars, Incorporated dba M & M Mar, | |
| Defendant. | Adv. No. 25-01974 |

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1

## STIPULATION AMENDING STREAMLINED PROCEDURES <u>GOVERNING</u> <u>ADVERSARY PROCEEDINGS NOS. 25-01973 AND 25-01974</u>

WHEREAS, Thomas A. Pitta, as Trustee of the RAD Sub-Trust A's ("Plaintiff" or "Trustee") commenced adversary proceedings entitled *Thomas A. Pitta, as Trustee of the RAD Sub-Trust A v. Mars, Incorporated dba Kind Healthy Snacks*, Adv. No. 25-01973 (MBK) and *Thomas A. Pitta, as Trustee of the RAD Sub-Trust A v. Mars, Incorporated dba M & M Mars*, Adv. No. 25-01974 (MBK) (the "Mars Adversary Proceedings") in connection with the above-captioned jointly administered Chapter 11 bankruptcy of Rite Aid Corporation (the "2023 Rite Aid Bankruptcy"); and

WHEREAS, Plaintiff filed a motion ("Plaintiff's Motion") for an order establishing streamlined procedures governing all adversary proceedings filed in connection with the 2023 Rite Aid Bankruptcy [D.I. 7108], including but not limited to the Mars Adversary Proceedings; and

WHEREAS, Mars Incorporated d/b/a Kind Healthy Snacks and Mars Incorporated d/b/a M & M Mars ("Defendant Mars") filed a limited objection to Plaintiff's Motion [D.I. 7138]; and

WHEREAS, Plaintiff and Defendant Mars wish to resolve Defendant Mars' limited objection to Plaintiff's Motion as set forth herein.

NOW, THEREFORE, IT IS HEREBY STIPULATED ANG AGREED, that the amended Proposed Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Greater than $500,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 [D.I. 7126-1] (the "Proposed Procedures Order") be amended with respect to the Mars Adversary Proceedings only, as follows:

1.     The deadlines set forth in Paragraph 22 of the Proposed Procedures Order shall be extended to the later of (i) 180 days after the conclusion of mediation; or (ii) June 30, 2027;

2

2.      Post-deposition written fact discovery shall be served upon the adverse party no later than 30 days after the conclusion of depositions and should be completed within the deadlines contained in Paragraph 1 of this Stipulation;

3.      The deadline for dispositive motions set forth in Paragraph 24 of the Proposed Procedures Order shall be extended to September 1, 2027;

IT IS FURTHER STIPULATED AND AGREED, that all other provisions of the Proposed Procedures Order shall remain in effect and unchanged with respect to the Mars Adversary Proceedings; and

IT IS FURTHER STIPULATED AND AGREED, that by entering into this Stipulation Defendant Mars has not waived its right to seek withdrawals of the Court's reference or its right to seek jury trials for the Mars Adversary Proceedings.

| | |
|---|---|
| Dated: New York, NY<br>December 19, 2025 | Rye, New York<br>December 19, 2025 |
| ASK LLP | DORF NELSON & ZAUDERER LLP |
| By:____*/s/ Marianna Udem*_____<br>   Marianna Udem, Esq.<br>   60 East 42nd Street, 46th Floor<br>   New York, NY 10165<br>   Tel: (212) 267-7342<br>   E-mail: mudem@askllp.com | By:____*/s/ Andrew P. Marks*___<br>   Andrew P. Marks, Esq.<br>   555 Theodore Fremd Avenue<br>   Rye, NY 10580<br>   Tel.: (914) 381-7600<br>   E-mail: amarks@dorflaw.com |
| *Attorneys for Thomas A. Pitta, as*<br>*Trustee of the RAD Sub-Trust A* | *Attorneys for Defendants*<br>*Mars, Incorporated dba M & M Mars and*<br>*Mars, Incorporated dba Kind Healthy Snacks* |

E N T E R :

_____
Hon. Michael B. Kaplan.
United States Bankruptcy Judge

3