| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Andrew P. Marks, Esq.<br>Jonathan B. Nelson, Esq. (*admitted pro hac vice*)<br>Ryan P. Kaupelis, Esq. (*admitted pro hac vice*)<br>Aaron Weissberg, Esq. (*admitted pro hac vice*)<br>DORF NELSON & ZAUDERER LLP<br>555 Theodore Fremd Avenue<br>Rye, NY 10580<br>Tel.: (914) 381-7600<br>Fax: (914) 381-7608<br>Email:  amarks@dorflaw.com<br>          jnelson@dorflaw.com<br>          rkaupelis@dorflaw.com<br>          awiessberg@dorflaw.com<br><br>*Counsel for Defendant*<br>Mars, Incorporated dba M & M Mars | |
| In Re:<br><br>RITE AID CORPORATION, et al.<br><br>                    Debtor. | Case No.: 23-18993 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br>                              Plaintiff,<br>v.<br><br>Mars, Incorporated dba  M & M Mars,<br><br>                              Defendant. | Adv. No. 25-01974 (MBK) |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Mars, Incorporated incorrectly sued herein as Mars, Incorporated dba M & M Mars, in the above captioned adversary proceeding, certifies that Mars, Incorporated is a privately held corporate entity that has no parent company, and that no publicly held company directly or indirectly own(s)

10% or more of any class of the corporation's equity interests pursuant to FRBP 7007.1.

Dated: Rye, New York
   January 15, 2026

         DORF NELSON & ZAUDERER LLP

      By: _____

       Andrew P. Marks, Esq.
       555 Theodore Fremd Avenue
       Rye, NY 10580
       Tel.: (914) 381-7600
       Email: amarks@dorflaw.com
       *Attorneys for Defendant*
       Mars, Incorporated dba M & M Mars