## UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re:

Thomas A. Pitta
vs.
Mars, Incorporated
dba M & M Mars

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 23-18993 |
| Civil Number: | |
| Adversary Number: | 25-01974 |
| Bankruptcy Judge: | Michael B. Kaplan |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**   ❑ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal   ❑ Order being Appealed   ❑ Designation of Record on Appeal

❑ Statement of Issues   ❑ Transcript   ❑ Transcript Ordered On: _____

❑ Motion for Leave to Appeal   ❑ Certification of Failure to File Designation   ☒ Motion to Withdraw the Reference

❑ Other _____

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on _____.   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | _____ | Appellee(s): | _____ |
| Attorney: | _____ | Attorney: | _____ |
| Address: | _____ | Address: | _____ |
| | _____ | | _____ |

Title of Order Appealed: _____

Date Entered On Docket: _____

❑   An appeal has not previously been filed in this case.

❑   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*