**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[2] | Case No. 23-18993 (MBK) |
| | (Jointly Administered) |
| Debtor. | |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, <br><br> Plaintiff, <br><br> v. <br><br> Mars, Incorporated dba M & M Mars, <br><br> Defendants. | Adv. No. 25-01974 (EJO) |

**CERTIFICATE OF SERVICE**

Please take notice that on May 29, 2026, a copy of **Plaintiff's Objections and Responses to Mars, Incorporated dba M & M Mars' First Set of Request Interrogatories**

---

[2] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**and Request for Production of Documents** were caused to be served on the following via

Electronic Mail:

    <u>Attorneys for Defendant</u>

    Bradford J. Sandler, Esq.
    Jeffrey P. Nolan Esq.
    Benjamin L. Wallen, Esq.
    **PACHULSKI STANG ZIEHL & JONES LLP**
    1700 Broadway, 36th Floor
    New York, NY 10019
    Email: bsandler@pszjlaw.com
    jnolan@pszjlaw.com
    bwallen@pszjlaw.com

Dated: May 29, 2026                  **ASK LLP**

                         */s/ Brigette McGrath*
                         Brigette McGrath, Esq., NJ SBN 01000-2011
                         2600 Eagan Woods Drive, Suite 400
                         St. Paul, MN  55121
                         Telephone: (651) 289-3857
                         Email: bmcgrath@askllp.com

                         *-and-*

                         Marianna Udem, Esq., NJ SBN 03659-2006
                         60 East 42nd Street, 46th Fl.
                         New York, NY  10165
                         Telephone: (212) 267-7342
                         Email: mudem@askllp.com

                         *Counsel for Plaintiff*